No. 78–6596. HANSON *v.* CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT OF ILLINOIS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

MR. JUSTICE WHITE, dissenting.

I dissent from the denial of certiorari and would vote to grant the petition to resolve the conflict in the decided cases. It is apparent that some federal courts would have entertained petitioner's 42 U. S. C. § 1983 action, see *Strader* v. *Troy,* 571 F. 2d 1263 (CA4 1978); *Shipp* v. *Todd,* 568 F. 2d 133 (CA9

1978) (*per curiam*); *Pueschel* v. *Leuba*, 383 F. Supp. 576 (Conn. 1974), while another, like the court below, would not. *Cavett* v. *Ellis*, 578 F. 2d 567 (CA5 1978).